JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FADI SHOUGHRY, Plaintiff, v. GATTACO INC., Defendant. | Case No. EDCV 26-01221-KK-DTBx<br><br>JUDGMENT |

Pursuant to the Order granting plaintiff Fadi Shoughry's ("Plaintiff") Motion for Default Judgment, IT IS HEREBY ADJUDGED that Judgment is entered in favor of Plaintiff against defendant Gattaco Inc. ("Defendant").

Pursuant to this Judgment, Defendant is ORDERED to pay Plaintiff damages in the amount of $355,044.31, inclusive of attorney's fees and costs, from the date of entry of judgment in this action. (JS-6)

Dated: October 5, 2026

HONORABLE KENLY KIYA KATO
United States District Judge